FILED
APR 0 7 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOHNNY THOMAS,

   Petitioner,

v.

THIRTEENTH KLAMATH COUNTY
JUDICIAL DISTRICT,

   Respondent.

Civil No. 10-1298-AC

ORDER

ACOSTA, Magistrate Judge.

 IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition [#18] is GRANTED.

 IT IS SO ORDERED.

 DATED this 7th day of April, 2011.

_____
John V. Acosta
United States Magistrate Judge

1 - ORDER -